12-29-22

Dear Clerk, I hope all is well. Do you know the status of my Federal Habe # 2:20-CV-02361-CSB. Is this ready to be ruled on by the judge yet?

Thanks

Brian Maggio M22708 Pinckneyville CC
5835 State Route 154 Pinckneyville, IL
62274

FILED
JAN -6 2023
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

Brian Maggio
M22708
Pinckneyville CC
5835 St RT 154
Pinckneyville, IL
62274

Legal mail

ATTN: CLERK

US Court House
201 S. Vine ST.
URBANA, IL
61802

Legal mail

IDOC INDIVIDUAL IN CUSTODY MAIL
4 JAN 2023 PM 8

US POSTAGE PITNEY BOWES
ZIP 62274 $ 000.53⁰
02 4W
0000361001 APR 06 2022

61802-336999